UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KERA TURNER an individual; and MICHAEL TURNER, an individual<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF WASHOE, by and through its HUMAN RESOURCES AGENCY'S CHILD PROTECTIVE SERVICES, ASHLEY DAVIS, an individual; NATASHA EAGAN-AMBOS, an individual; EMILY RUFF, an individual; LISA WRIGTH, an individual ; JENNIFER KELLY, an individual; TARA SWEET, an individual; COUNTY OF WASHOE by and through its SHERIFFS OFFICE; and DOES 1 though 40, inclusive.<br><br>Defendants. | Case No. 3:23-cv-00407-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS (ECF No. 23)** (2nd Request) |

Pursuant to Local Rule IA 6-1, Plaintiffs, Kera Turner and Joseph Turner ("Plaintiffs"), and Defendants County of Washoe, by and through its Human Resources Agency's Child Protective Services, Ashley Davis, an individual; Natasha Eagan-Ambos, an individual; Emily Ruff, an individual; Lisa Wright, an individual; Jennifer Kelly, an individual; Tara Sterrett, an individual; County of Washoe by and through its Sheriff's Office ("Defendants") hereby stipulate to extend the time in which Plaintiff has to file their opposition to Defendant's motion to dismiss and for Defendants to file their Reply. The parties respectfully ask this Court to enter an Order granting this extension and in support thereof state as follows:

1. Defendants filed Motion to Dismiss on December 13, 2023 (ECF No. 23). Plaintiff's opposition was due on December 27, 2023.

2. At the December 20, 2023 status hearing, the Parties agreed to an extension of time for Plaintiffs to respond until January 26, 2023.

3. After approximately two weeks of communications between Plaintiffs and Counsel O'Mara, Counsel O'Mara was recently retained as local counsel and has requested an additional one-week extension up to and including February 2, 2024 to review the opposition and assist in its filing.

4. The Parties have met and conferred and stipulated that Plaintiffs shall have up to and including, Friday, February 2, 2024, to file their opposition to the motion to dismiss. Defendants shall have an additional 14 days, or up to and including February 23, 2023, to file Defendants reply.

5. This is the second request for an extension of time for Plaintiffs to oppose Defendants' motion to dismiss.

6. This request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: January 26, 2024 | Dated: January 26, 2024 |
| WASHOE COUNTY DISTRICT ATTORNEY | THE O'MARA LAW FIRM, P.C. |
| /s/ Lindsay L. Liddell<br>LINDSAY L. LIDDELL, ESQ.<br>One South Sierra Street<br>Reno, NV 89501<br>775.370.5700<br>lliddell@da.washocounty.gov<br>*Counsel for Defendants* | /s/ David C. O'Mara<br>DAVID C. O'MARA, ESQ<br>311 East Liberty St.<br>Reno, Nevada 89501<br>775-323-1321<br>david@omaralaw.net<br>*Counsel for Plaintiffs* |

**ORDER**

**IT IS SO ORDERED**: The deadline for Plaintiffs to file their opposition to Defendants' motion to dismiss will be extended to and including Friday, February 2, 2024. Defendants shall have until February 23, 2024, to file their Reply.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: January 30, 2024