ROBERT R. POWELL
**POWELL & ASSOCIATES**
925 W. Hedding St.
San Jose, CA 95126
T: (408) 553-0200
E: admin@rrpassociates.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KERA L. TURNER and JOSEPH A. TURNER, | Case No. 3:23-cv-00407-ART-CSD |
| Plaintiffs, | **STIPULATION FOR SUBSTITUTION OF ATTORNEY** |
| vs. | |
| COUNTY OF WASHOE, et al., | |
| Defendants | |

Plaintiffs' Kera Turner and Joseph Turner hereby substitutes Marquis Hines, Address: 6720 N Hualapai Way, Ste. 145-207, Las Vegas, NV 89149; Telephone: (702) 724-3347, as attorney of record in place and instead of previously appearing local counsel Byron Bergeron of the Law Office of Byron Bergeron.

//

//

//

Dated: April   , 2025
4/22/2025

Kera Turner
Plaintiff

Dated: April   , 2025
4/22/2025

Jospeh Turner
Plaintiff

I consent to the above substitution.

Dated: April   , 2025
4/21/2025

LAW OFFICE OF BYRON BERGERON

Byron Bergeron, Esq.
Local Counsel
3165 Idlewild Dr
Reno, NV 89509
775-229-3736
bbergeronlaw@gmail.com

Dated: April   , 2025
4/17/2025

POWELL & ASSOCIATES

Robert R. Powell, Esq.
Pro Hac Vice Counsel
925 W. Hedding St.
San Jose, CA 95126
admin@rrpassociates.com

I am duly admitted to practice in this District. Above substitution accepted.

Dated: April   , 2025
4/17/2025

HINES LAW FIRM, PLLC

Marquis Hines, Esq.
Pro Hac Vice Local Counsel

**IT IS SO ORDERED**

DATE: May 1, 2025

Hon. Craig S. Denney
Magistrate Judge

- 2 -