1  HERBERT KAPLAN
   Deputy District Attorney
2  Nevada State Bar Number 7395
   One South Sierra Street
3  Reno, NV  89501
   hkaplan@da.washoecounty.gov
4  (775) 337-5700

5  ATTORNEY FOR DEFENDANTS

6                **UNITED STATES DISTRICT COURT**

7                       **DISTRICT OF NEVADA**

8                                * * *

9  KERA TURNER, an individual; and
   JOSEPH TURNER, an individual,
                                           Case No.  3:23-cv-00407-ART-CSD
10          Plaintiff,
                                           **SUBSTITUTION OF COUNSEL**
11     vs.

12 COUNTY OF WASHOE, by and through
   its HUMAN SERVICES AGENCY'S
13 CHILD PROTECTIVE SERVICES;
   ASHLEY DAVIS, an individual;
14 NATASHA EAGAN-AMBOS, an
   individual;
15 EMILY RUFF, an individual;
   LISA WRIGHT, an individual;
16 JENNIFER KELLY, an individual;
   TARA STERRETT, an individual;
17 COUNTY OF WASHOE by and through
   its SHERIFF'S OFFICE; and
18 DOES 1 through 40, inclusive

19         Defendants.
                                        /
20

21     Defendant Washoe County, by and through its counsel, hereby notifies the Court,

22 the Plaintiff, and Plaintiff's counsel, that Deputy District Attorney Herbert Kaplan

23 substitutes in as legal counsel in place of Chief Deputy District Attorney Michael W. Large

24 and Deputy District Attorney, Lindsay L. Liddell . It is requested that all communications

25 //

26 //

and e-filing notices in this case be directed to Mr. Kaplan at Washoe County District Attorney's Office, One South Sierra Street, Reno, NV 89501; hkaplan@da.washoecounty.gov.

Dated this 17th day of June, 2025.

CHRISTOPHER J. HICKS
District Attorney

By   /s/ Herbert Kaplan
HERBERT KAPLAN
Deputy District Attorney
One South Sierra Street
Reno, NV 89501
hkaplan@da.washoecounty.gov
(775) 337-5700

ATTORNEY FOR WASHOE COUNTY

IT IS SO ORDERED.

DATED:  June 17, 2025.

_____
Craig S. Denney
United States Magistrate Judge