# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KERA TURNER, an individual,
JOSEPH TURNER, an individual,

       Plaintiffs,

 v.

COUNTY OF WASHOE, *et al.*,

       Defendants.

3:23-cv-00407-ART-CSD

**ORDER**

The court is in receipt of a letter by certified mail to the undersigned Chambers requesting "status of Plaintiffs' Notice of Motion and Motion to File Third Amended Complaint (ECF No. 74) and the related Motion to Extend Time, Enter Nunc Pro Tunc Order" … (ECF 76) …" Docket ECF No. 74 and 76 are also matters for District Judge Traum, not the undersigned Magistrate Judge. The court will rule on fully briefed motions in due course.

**IT IS SO ORDERED.**

DATED:  January 23, 2026.

_____
Craig S. Denney
United States Magistrate Judge



**POWELL&ASSOCIATES**

925 West Hedding Street
San Jose, California 95126
T: (408) 553-0200 | F: (408) 553-0201
rpowell@rrpassociates.com
admin@rrpassociates.com

January 08, 2026

Honorable Craig S. Denney
U.S. District Court, District of Nevada
400 S. Virginia St.
Reno, NV 89501

**Re: Turner, et al., v. County of Washoe, et al.**
**Case No.: 3:23-cv-00407-ART-CSD**
**Request for Status Update on Fully Briefed Motion**

Dear Honorable Denney:

I respectfully write to inquire about the status of Plaintiffs' Notice of Motion and Motion to File Third Amended Complaint (ECF: 74) and the related Motion to Extend Time, Enter Nunc Pro Tunc Order Re: Filing of Leave to File Third Amended Complaint (ECF: 76) in the above-referenced matter. The motion has been fully briefed as of October 01, 2025, and pursuant to District of Nevada Local Rule IA 7-1, Plaintiffs' attorneys are exercising the ability to send a letter to the Court requesting an update at the expiration of 90 days after the matter has been briefed.

I understand the Court's demanding schedule and do not wish to further burden the Court, however we submit this letter solely to request a brief update as to whether the Court anticipates issuing a ruling or if any further action is required from the parties at this time.

Thank you for your time and consideration.

Sincerely,

Robert R. Powell

cc: Herbert B. Kaplan, Attorney for Defendants (via electronic mail)
E: Hkaplan@da.washoecounty.gov