# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KERA TURNER, et al.,

    Plaintiffs

v.

WASHOE COUNTY, et al.,

    Defendants

Case No.: 3:23-cv-00407-ART-CSD

**Order**

On September 16, 2025, the court granted the parties' stipulation to stay discovery pending a ruling by District Judge Traum on Plaintiffs' pending motion for leave to file a third amended complaint. (ECF No. 79.)

District Judge Traum granted the motion for leave to amend on March 20, 2026. (ECF No. 75.)

The stay of discovery is **LIFTED**. The parties have until **April 6, 2026**, to file an amended stipulated discovery plan and scheduling order.

Defendants also have until **April 6, 2026**, to file an answer or otherwise respond to the third amended complaint (ECF No. 86).

**IT IS SO ORDERED**.

Dated: March 23, 2026

_____
Craig S. Denney
United States Magistrate Judge