**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KERA TURNER, et al.,

      Plaintiff,

    vs.

COUNTY OF WASHOE, et al.,

    Defendants.
          /

Case No.  3:23-cv-00407-ART-CSD

**ORDER GRANTING**

**STIPULATION TO EXTEND TIME FOR PLAINTIFFS' OPPOSITION TO ALL COUNTY DEFENDANTS' MOTIONS' TO DISMISS, AND DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION [First Requests]**

The Defendants, Washoe County, Brandon Vacca, Eric Tucker, James Davis, Zachery Shipton, Lars Erik Christensen, Joshua Jenkins, Ashley Davis, Natasha Eagan-Ambos, Emily Ruff, Lisa Wright, Jennifer Kelly, Tara Sterrett, Haley Hart, Krystal Hoople, Cassondra Pasley, Maureen Navarro, and Christina Giron ("County Defendants"), by and through their counsel Herbert B. Kaplan, Deputy District Attorney, and Joseph Turner, and Kera Turner (individually and as G.A.L. for the Turner's minor child A.T.) ("Plaintiffs"), by and through their respective undersigned attorney of record Robert R. Powell, based on the following Recitals, do hereby stipulate and agree as set forth below the Recitals, all aspects of which

-1-

stipulation and agreement are in relation to two Motions to Dismiss filed by County Defendants on May 26, 2026 (Dkt. 103; Dkt. 104), and respectfully request this Court order same,

**WHEREAS**, the parties have not sought any other extensions of time on the issues of the Plaintiffs' Opposition to the Defendants' Motions' to Dismiss the Plaintiffs' Third Amended Complaint (Dkt. 103; Dkt. 104), and,

**WHEREAS**, the two filings by Defendants address all of the Defendants who are County of Washoe employees, other than one Defendant Allen Arriaga who is no longer employed by Washoe County Sheriff's Dept. (See Dkt. 103, fn.1[1]), and,

**WHEREAS**, the combined filings equal one-hundred pages of briefing and exhibits, and,

**WHEREAS**, the Parties are cooperating in a timely manner with courtesies that do not run afoul of FRCP 1,

**THEREFORE**, on said recitals the Parties hereto stipulate and agree as follows and request the Court order same;

1) The time in which Plaintiffs shall have to file an Opposition to the Defendants' Motions to Dismiss (Dkt.'s 103 & 104) both filed May 27, 2026, is extended to June 22, 2026.

2) The filing date for Defendants' reply to the Plaintiffs' Oppositions to the Defendants' Motions to Dismiss shall be extended to July 3, 2026.

Dated this 2nd day of June, 2026.

By   /s/ Herbert B. Kaplan
HERBERT B. KAPLAN
Deputy District Attorney
One South Sierra Street
Reno, NV  89501
Hkaplan@da.washoecounty.gov

ATTORNEY FOR DEFENDANTS

---

[1] Plaintiffs will be attempting to locate Mr. Arriaga.

Dated this 2nd day of June, 2026.

By   /s/ Robert R. Powell .
ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
&
MARQUIS HINES
6720 N. Hualapai Way, Ste. 145-207
Las Vegas, NV 89149
*Counsel for Plaintiffs*

ATTORNEYS FOR PLAINTIFFS

**ORDER**

**IT IS SO ORDERED.**

Dated this 4th day of June, 2026.

_____
Anne R. Traum
United States District Judge

-3-