**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KERA L. TURNER, and JOSEPH A. TURNER,

Plaintiffs

v.

COUNTY OF WASHOE, et al.,

Defendants

Case No.: 3:23-cv-00407-ART-CSD

**Order**

Re: ECF No. 115

Plaintiffs have filed an emergency motion for extension of time for expert disclosures. (ECF No. 115.). The Washoe County defendants oppose. (ECF No. 118.) Defendants Zachary Manha and Amy-Lou Manha do not oppose (ECF No. 117).

Plaintiffs seek a ten-day extension of time for expert disclosures, from November 2, 2026, to November 12, 2026. They assert the extension is necessitated by their expert's personal schedule and recently disclosed discovery. The Washoe County Defendants oppose, disputing both the timeliness and emergency nature of Plaintiffs' request and questioning the basis for the request.

The court agrees that Plaintiffs' motion is not a true emergency and appears to be largely of Plaintiffs' counsel's own making. However, the requested extension is not significant, and sufficient good cause exists for a short extension of time.

/

/

/

Accordingly, Plaintiffs' emergency motion for an extension of time (ECF No. 115) is **GRANTED IN PART**. The deadline for expert disclosures is therefore extended to and including **Monday, November 9, 2026**.

**IT IS SO ORDERED**.

Dated: November 6, 2026

Craig S. Denney
United States Magistrate Judge